**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Agustin Arroyo RADILLA, also known
as Agustin Rodillo–Arroyo, also
known as Agustin Radilla, also known
as Agustin A. Radilla, also known as
Gus Radilla, also known as Augustin
Radilla, Defendant–Appellant.**

**No. 15–50994
Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 10/18/2016

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX.

Agustin Arroyo Radilla, Pro Se, Pecos, TX.

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

738

PER CURIAM: *

The attorney appointed to represent Agustin Arroyo Radilla has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Radilla has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

